CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
pamela.johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIREEN AZIZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:26-cv-07560-TSH<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendant's response to the complaint and the deadlines in the Court's Immigration Mandamus Procedural Order. In support of this request, the parties state as follows:

1. Defendant's response to the complaint is currently due September 29, 2026.

2. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response. Defendant has requested and Plaintiff has agreed to extend the time for Defendant's response by 30 days.

3. The parties therefore stipulate to extend the time for Defendants' response to October 29, 2026. The parties further request a corresponding 30-day extension of the deadlines for

filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Under the extended deadlines, Defendant's motion for summary judgment must be filed by December 30, 2026.

4. There have been no previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: September 29, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney
Attorneys for Defendants

Dated: September 29, 2026

*/s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 30, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge