CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIREEN AZIZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:26-cv-07560-TSH<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendant's response to the complaint and the deadlines in the Court's Immigration Mandamus Procedural Order. In support of this request, the parties state as follows:

1. On September 30, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiff's complaint. *See* Dkt. No. 12. Pursuant to that order, Defendant's response to the complaint is currently due October 29, 2026.

2. The agency is continuing to review this case and needs additional time for their review. Accordingly, the parties have conferred and agree to extend the time for Defendant's response by an additional 30 days.

3. The parties therefore stipulate to extend the time for Defendants' response to November 30, 2026. The parties further request a corresponding 30-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Under the extended deadlines, Defendant's motion for summary judgment must be filed by January 29, 2027.

4. Other than the single stipulation described above, there have been no additional previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: October 29, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland**
KELSEY J. HELLAND
Assistant United States Attorney
Attorneys for Defendants

Dated: October 29, 2026

*/s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 29, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge